# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3555

_____

| | | |
|---|---|---|
| Kathryn J. Martin Gan, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Algonquin Golf Club, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 23, 1999
Filed: April 28, 1999

_____

Before BOWMAN,[*] Chief Judge, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

Kathryn J. Martin Gan appeals the district court's ruling granting Algonquin Golf Club's motion to enforce its version of the settlement in Gan's action for discrimination based on her age and gender. Having reviewed the record and the parties' briefs, we conclude the district court's decision was correct. We thus affirm on the basis of the district court's ruling without further discussion. See 8th Cir. R. 47B.

_____

[*]The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.